IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JONATHAN D. OSWALT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:14-CV-956-WKW |
| ) | |
| SEDGWICK CLAIMS ) | |
| MANAGEMENT SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| | |
| JONATHAN D. OSWALT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:14-CV-968-WKW |
| ) | |
| BELLSOUTH ) | |
| TELECOMMUNICATIONS, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On March 13, 2015, the Magistrate Judge filed a Recommendation in this case. (Doc. # 41.) On March 23, 2015, Plaintiff filed a Notice of Appeal of the Recommendation, which is construed as an objection to the Recommendation. (Doc. # 42.) The court has conducted an independent and *de novo* review of those

portions of the Recommendation to which objection is made.  *See* 28 U.S.C. § 636(b).  Based upon that review, it is ORDERED as follows:

    1.    Plaintiff's objection (Doc. # 42) is OVERRULED;

    2.    the Recommendation (Doc. # 41) is ADOPTED; and

    3.    Plaintiff's consolidated actions are DISMISSED without prejudice based upon Plaintiff's lack of standing to pursue the causes of action he asserts in his complaint or those he seeks to assert by amendment against Defendants.

A final judgment will be entered separately.

DONE this 8th day of April, 2015.

                                  /s/ W. Keith Watkins
                           CHIEF UNITED STATES DISTRICT JUDGE